IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID R. FANDEL, INDIVIDUALLY;
AND DAVID R. FANDEL,
REPRESENTATIVE AND/OR
EXECUTOR OF THE ESTATE OF
DAWN C. FANDEL,

Appellants,

vs.

TALMER WEST BANK, F/K/A BANK
OF LAS VEGAS, AS SUCCESSOR IN
INTEREST TO BLACK MOUNTAIN
COMMUNITY BANK,

Respondent.

No. 69153

FILED

JUN 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Joanna Kishner, District Judge
      Lansford Levitt, Settlement Judge
      Fox Rothschild, LLP, Las Vegas
      Morris Polich & Purdy, LLP/Las Vegas
      Eighth District Court Clerk